# EXHIBIT A

*United States of America*



*To Promote the Progress*



*of Science and Useful Arts*

*The Director*

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

*Patent*

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1068623S

## (12) United States Design Patent
### Peng

(10) Patent No.: **US D1,068,623 S**
(45) Date of Patent: ✶✶ **Apr. 1, 2025**

(54) **CONNECTOR FOR AUTOMOBILE**

(71) Applicant: **Shenzhen Ruisike Industrial Development Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Xianming Peng**, Nanning (CN)

(73) Assignee: **Shenzhen Ruisike Industrial Development Co., Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/980,869**

(22) Filed: **Dec. 27, 2024**

(51) **LOC (15) Cl.** ............................................. **12-16**

(52) **U.S. Cl.**
USPC ....................................................... **D12/400**

(58) **Field of Classification Search**
USPC ....... D12/412, 406, 404, 400–403, 407–411, D12/413–420, 156, 157, 190, 223, 106, D12/317; D13/133, 134, 147, 154
CPC ................................ H04L 12/00; H03K 17/00
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D467,962 S | * | 12/2002 | Ishigami | D18/14 |
| D843,951 S | * | 3/2019 | Lim | D13/154 |
| D866,446 S | * | 11/2019 | Chen | D12/400 |
| D949,725 S | * | 4/2022 | Ackerman | D10/106.9 |
| 2021/0136898 A1 | * | 5/2021 | Bonnin Pons-Estel | H04L 67/12 |

### OTHER PUBLICATIONS

"uxcell a16010400ux0468 Car Sealed Electrical 8 Pin " amazon. com, post Published May 18, 2017. Retrieved Feb. 3, 2025. Available online at URL:https://www.amazon.com/uxcell-a16010400ux0468-Electrical-Waterproof-Connector/dp/B0719L3277/ref=sr 1_53?crid= HTM9TOIGE2MJ&dib=eyJ2ljoi(Year: 2017).*

"Aptiv (Delphi) Weatherpack 2 Pin Connector Pigtail Kit (12010973, 12015792), 16AWG Uscg Certified" amazon.com, post Published Sep. 4, 2024. Retrieved 3 February 202. Available online at URL:https:// www.amazon.com/Weatherpack-Connector -12010973-12015792-Certified/dp/BODG3W8QNF/ref=sr_1_75_sspa?cri (Year: 2024).*

* cited by examiner

*Primary Examiner* — Christian P. Mclean
*Assistant Examiner* — Jessica Lynn Devilbiss
(74) *Attorney, Agent, or Firm* — Sang Young Han

(57) **CLAIM**

The ornamental design for a connector for automobile, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a connector for automobile, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view.
The broken lines in the drawings illustrate the portions of the connector for automobile, which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Case: 1:26-cv-07544 Document #: 1-1 Filed: 06/29/26 Page 5 of 12 PageID #:16



# FIG. 1



FIG. 2



# FIG. 3



# FIG. 4

**U.S. Patent**     Apr. 1, 2025     Sheet 5 of 8     US D1,068,623 S



# FIG. 5

**U.S. Patent** Apr. 1, 2025 Sheet 6 of 8 US D1,068,623 S



FIG. 6



# FIG. 7

Case: 1:26-cv-07544 Document #: 1-1 Filed: 06/29/26 Page 12 of 12 PageID #:23



# FIG. 8