**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Ruisike Industrial Development Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 26-cv-7544 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Shenzhen Ruisike Industrial Development Co., Ltd. ("Plaintiff"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Local Rule 26.2 and the Court's inherent authority, for leave to file under seal the Schedule A to the Complaint, Exhibit B to the Complaint, and Exhibit C to the Complaint. In support of this Motion, Plaintiff states as follows:

1.      Plaintiff is contemporaneously filing its Verified Complaint and related materials in this action for infringement of U.S. Design Patent No. D1,068,623 S.

2.      Plaintiff seeks leave to file only three categories of materials under seal at this stage: (i) Schedule A to the Complaint; (ii) Exhibit B to the Complaint; and (iii) Exhibit C to the Complaint.

3. Schedule A identifies the Defendant online storefronts and product listings by marketplace platform, seller name, seller identifier, product identifier, listing URL, and related marketplace information.

4. Exhibit B contains Plaintiff's investigative evidence concerning Defendants and their accused products, including screenshots of accused product listings, storefront information, and other evidence linking specific Defendants to the accused infringing products.

5. Exhibit C contains Plaintiff's Illinois test-purchase evidence, including order confirmations, shipment or delivery records, and related transaction information showing that at least two Defendants accepted orders from, sold accused products to, and shipped accused products to addresses in Illinois, including this Judicial District.

6. Public disclosure of Schedule A, Exhibit B, and Exhibit C at this initial stage of the litigation would likely provide Defendants with advance notice of Plaintiff's enforcement efforts before the Court has an opportunity to consider Plaintiff's request for temporary injunctive relief. Such advance notice would create a substantial risk that Defendants may remove or alter accused listings, transfer or conceal assets, change seller account information, destroy or conceal relevant evidence, or otherwise attempt to evade the Court's jurisdiction and the effectiveness of any temporary restraining order.

7. The requested sealing is narrowly tailored. Plaintiff does not seek to seal the Complaint, Exhibit A, or other materials that do not identify the Defendant storefronts, accused listings, seller identifiers, listing URLs, test-purchase information, order information, shipment information, or other Defendant-specific investigative evidence.

8. Plaintiff seeks sealing only for the limited period necessary to preserve the effectiveness of the Court's potential temporary injunctive relief and expedited discovery. Once

Defendants have received notice of this action and any temporary restraining order, Plaintiff will comply with any further order of the Court regarding unsealing, redaction, or continued sealing.

9. Good cause exists to permit Schedule A, Exhibit B, and Exhibit C to be filed under seal because those materials contain Defendant-identifying information, investigative materials, and test-purchase evidence that would effectively reveal the targets of Plaintiff's requested ex parte relief. Public disclosure before the Court rules on Plaintiff's request for temporary injunctive relief would create a substantial risk that Defendants could evade enforcement efforts by altering or removing listings, changing seller identities, concealing assets, destroying evidence, or otherwise frustrating the Court's ability to provide effective relief.

10. Plaintiff will file public versions of its filings that omit or redact the Defendant-identifying information contained in Schedule A, Exhibit B, and Exhibit C, to the extent required by the Court's procedures and Local Rule 26.2.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an order permitting Plaintiff to file under seal: (1) Schedule A to the Complaint; (2) Exhibit B to the Complaint; and (3) Exhibit C to the Complaint, and grant such other and further relief as the Court deems just and proper.

Dated: June 29, 2026

Respectfully Submitted,

/s/ Alexander Warden
Alexander.warden@walflaw.com
West Atlantic Law Firm, PLLC
104 West 40th Street, Suite 400
New York, NY 10018
*Attorney for Plaintiff,*
*Shenzhen Ruisike Industrial Development Co.,*
*Ltd.*