**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Shenzhen Ruisike Industrial Development
Co., Ltd.,

              Plaintiff,

      v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATES IDENTIFIED ON
SCHEDULE
"A",

              Defendants.

Case No.: 26-cv-7544

**EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER,
INCLUDING A TEMPORARY INJUNCTION, TEMPORARY ASSET RESTRAINT,
AND EXPEDITED DISCOVERY**

Plaintiff Shenzhen Ruisike Industrial Development Co., Ltd. ("Plaintiff"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 65(b), 35 U.S.C. § 283, and the Court's equitable authority, for entry of an Ex Parte Temporary Restraining Order, including a temporary injunction, temporary asset restraint, and expedited discovery against the Defendants identified in Schedule A to the Verified Complaint.

This Motion is based upon the Verified Complaint, the accompanying Memorandum of Law, the Declarations of Plaintiff and counsel, the exhibits submitted therewith, and the proposed Temporary Restraining Order.

**CERTIFICATION PURSUANT TO RULE 65(B)(1)(B)**

Undersigned counsel certifies that Plaintiff has not provided advance notice of this Motion because notice would likely permit Defendants to remove or alter accused listings, conceal identifying information, destroy or conceal evidence, transfer assets, create replacement listings or storefronts, or otherwise frustrate the Court's ability to grant effective relief before the Court can rule on Plaintiff's request for ex parte relief.

Plaintiff respectfully requests that the Court enter the proposed Ex Parte Temporary Restraining Order, including temporary injunctive relief, a temporary asset restraint, expedited discovery, and such other relief as the Court deems just and proper.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter the requested relief, together with such other and further relief as the Court deems just and proper.

Dated: June 29, 2026

Respectfully Submitted,

/s/ Alexander Warden
Alexander.warden@walflaw.com
West Atlantic Law Firm, PLLC
104 West 40th Street, Suite 400
New York, NY 10018
*Attorney for Plaintiff,*
*Shenzhen Ruisike Industrial Development Co., Ltd.*