**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Ruisike Industrial Development Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 26-cv-7544 |

**DECLARATION OF ALEXANDER WARDEN**

I, Alexander Warden, declare as follows:

1. I am counsel for Plaintiff Shenzhen Ruisike Industrial Development Co., Ltd. I submit this Declaration in support of Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Temporary Asset Restraint, and Expedited Discovery.

2. I have personal knowledge of the facts stated herein except where otherwise indicated, and if called as a witness could and would testify competently thereto.

3. As part of Plaintiff's investigation, Plaintiff reviewed online marketplace listings offering accused AFM/DFM disabler connector products for sale through the storefronts identified in Schedule A.

4.      During the investigation, Plaintiff captured screenshots and information relating to the accused listings. True and correct copies of representative screenshots are attached to the Verified Complaint as Exhibit B.

5.      My office conducted test purchases of accused products directed to addresses in Illinois. The resulting records, screenshots, order confirmations, shipping information, and related materials are attached to the Verified Complaint as Exhibit C.

6.      Based upon those test purchases and the resulting transaction records, at least two Defendants accepted orders from, sold accused products to, and shipped accused products to addresses in Illinois, including within this Judicial District.

7.      Based upon my experience litigating online marketplace intellectual property cases, sellers operating through online marketplace storefronts can quickly modify, remove, replace, or relocate accused listings, alter seller account information, transfer proceeds, and create replacement storefronts after receiving notice of enforcement activity.

8.      In my opinion, providing advance notice of Plaintiff's request for temporary relief would create a substantial risk that Defendants could conceal evidence, alter or remove accused listings, transfer funds, or otherwise frustrate the Court's ability to provide effective relief.

9.      The exhibits submitted in support of Plaintiff's Motion are true and correct copies of materials collected during Plaintiff's investigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 29, 2026.                   Respectfully Submitted,

<u>/s/ Alexander Warden</u>
Alexander.warden@walflaw.com
West Atlantic Law Firm, PLLC
104 West 40th Street, Suite 400
New York, NY 10018
*Attorney for Plaintiff,*
*Shenzhen Ruisike Industrial Development Co.,*
*Ltd.*