**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Shenzhen Ruisike Industrial Development
Co., Ltd.,

               Plaintiff,

        v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATES IDENTIFIED ON
SCHEDULE
"A",

           Defendants.

Case No.: 26-cv-7544

**DECLARATION OF Xianming Peng**

I, Xianming Peng, declare as follows:

1.      I am the CEO of Shenzhen Ruisike Industrial Development Co., Ltd. ("Plaintiff"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Plaintiff is the owner of all right, title, and interest in U.S. Design Patent No. D1,068,623 S, entitled "Connector for Automobile" (the "'623 Patent").

3.      A true and correct copy of the '623 Patent is attached to the Verified Complaint as Exhibit A.

4.      Plaintiff sells products embodying the patented design through online marketplaces, including Amazon.com. Plaintiff's commercial embodiment includes an

AFM/DFM disabler product sold under the ROPODE brand and/or through the SINAILA Amazon storefront.

5.     Plaintiff has invested substantial time, effort, and resources in developing, marketing, promoting, and selling products embodying the patented design.

6.     Plaintiff has not authorized, licensed, or otherwise permitted Defendants to make, use, offer for sale, sell, or import products embodying the design claimed in the '623 Patent.

7.     Based upon my review of the accused products and materials collected during Plaintiff's investigation, the products identified in Schedule A and the supporting exhibits embody the same or substantially similar overall ornamental design claimed in the '623 Patent.

8.     Defendants' continued sale of the accused products harms Plaintiff by diverting sales, diminishing the value of Plaintiff's patent rights, impairing Plaintiff's goodwill, and interfering with Plaintiff's ability to control the market for products embodying the patented design.

9.     Unless restrained by the Court, I believe Defendants will continue advertising, offering for sale, selling, and importing products that infringe the '623 Patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____ June 24 _____, 2026.

_Xianming Peng_
Name: Xianming Peng
Title: CEO