# EXHIBIT A

Declaration of Micro-Entity Status

# Declaration of Micro-Entity Status

# 微实体状态声明

| Title of Application | Connector for Automobile |
|---|---|

I, _____ Shenzhen Ruisike Industrial Development Co., Ltd. _____, hereby declare the following regarding my status as a micro-entity in accordance with the regulations set forth by the United States Patent and Trademark Office (USPTO):

我，专利申请人，特此声明以下有关我作为微实体的资格的事项，以符合美国专利商标局（USPTO）制定的规定：

I acknowledge that I have reviewed and understand the definition of a micro-entity as defined by the USPTO.

我确认我已阅读并理解 USPTO 对微实体的定义。

I affirm that I meet the criteria set forth by the USPTO to qualify as a micro-entity, which include the following:

我确认我符合 USPTO 制定的作为微实体的条件，包括以下内容：

a. I qualify as a small entity as defined by the USPTO, being a person or an individual inventor, a small business, or a non-profit organization.

a. 根据 USPTO 的定义，我符合小型实体的资格，我是个人或个人发明家、小型企业或非营利组织。

b. Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed patent applications (other than applications filed in another country, provisional applications, or international applications).

b. 申请人、发明人或共同发明人，在之前递交的专利申请中，都未被命名为发明人或共同发明人超过四次（别国申请、临时申请或国际申请除外）。

c. My gross income, as well as the gross income of all inventors listed on the application, does not exceed 223,740 US dollars, that is, three times the median household income as reported by the U.S. Census Bureau in the most recent year.

c. 我的总收入，以及申请中列出的所有发明人的总收入不超过 223,740 美元，即，在最近一年的美国人口普查局报告的中位数家庭收入的三倍。

d. Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey a license or ownership interest in the invention to an entity that does not meet the income limitations described above.

d. 申请人、发明人或共同发明人，均未转让、授予、转让过，也未因合同或法律义务而被要求转让、授予或转让发明的许可或所有权给不符合上述收入限制的实体。

I understand that providing false or misleading information regarding my micro-entity status may result in penalties or disqualification from micro-entity benefits.

我明白，提供关于我的微实体状态的虚假或误导性信息，可能会导致处罚或失去微实体的优惠资格。

By signing this declaration, I affirm that the information provided is accurate to the best of my knowledge and I am willing to accept legal consequences for providing false information.

在此声明中签字，我保证所提供的信息尽我所知准确无误，并愿意承担因提供不实信息所造成的法律后果。

[申请人全名] [Applicant's Full Name]: Shenzhen Ruisike Industrial Development Co., Ltd.

[授权代表][Authorized Representative]: Xianming PENG

[签名] [Signature]: *Xianming PENG*

[日期] [Date]: 2024/12/25

2 / 2