# EXHIBIT B

Patent Assignment Cover Sheet

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                    Assignment ID: PATI720186
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Xianming PENG | 12/25/2024 |

### RECEIVING PARTY DATA

| | |
|---|---|
| **Company Name:** | Shenzhen Ruisike Industrial Development Co., Ltd. |
| **Street Address:** | P5-1-4-1, Building P5, Twelve Oaks Manor |
| **Internal Address:** | Wuhe Community, Bantian Street, Longgang Dist. |
| **City:** | Shenzhen |
| **State/Country:** | CHINA |
| **Postal Code:** | 518000 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 29980869 |

### CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 7169077339 |
| **Email:** | hansang01234@gmail.com |
| **Correspondent Name:** | Sang Young Han |
| **Address Line 1:** | 15 Bower Pl |
| **Address Line 4:** | Huntington, NEW YORK 11743 |

| ATTORNEY DOCKET NUMBER: | WI-US24-21591-D |
|---|---|
| **NAME OF SUBMITTER:** | SANGYOUNG HAN |
| **SIGNATURE:** | SANGYOUNG HAN |
| **DATE SIGNED:** | 12/27/2024 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 2**
source=CDA_#page1.tiff
source=CDA_#page2.tiff

# Combined Declaration and Assignment

# for Utility or Design Patent Application

## DECLARATION

| Title of Invention | Connector for Automobile |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:    ☒ The attached application, or

☐ United States application_____

filed on_____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## ASSIGNMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the undersigned inventor(s) (hereinafter ASSIGNOR). The undersigned ASSIGNOR hereby:

1. Sell, assign and transfer to Shenzhen Ruisike Industrial Development Co., Ltd., an institute in the People's Republic of China having place at P5-1-4-1, Building P5, Twelve Oaks Manor, Wuhe Community, Bantian Street, Longgang Dist., Shenzhen, China (hereinafter ASSIGNEE), the entire right, title and interest in any and all improvements and inventions disclosed in applications based upon, and patents (including foreign patents and the right to claim priority) granted upon, the above- referenced application.

2. Authorize and request the Commissioner of Patents to issue any and all Letters Patents resulting from said application or any division, continuation, substitute, renewal, re-examination or reissue thereof to the ASSIGNEE.

3. Agree to execute all papers and documents and, entirely at the ASSIGNEE's expense, perform any acts which are reasonably necessary in connection with the prosecution of said application, as well as any derivative applications thereof, foreign applications based thereon, and/or the enforcement of1patents resulting from such applications.

4. Agree that the terms, covenants and conditions of this assignment shall inure to the benefit of the ASSIGNEE, its successors, assigns and other legal representative, and shall be binding upon the inventor, as well as the inventor's heirs, legal representatives and assigns.

5. Warrant and represent that we have not entered, and will not enter into any assignment, contract, or understanding that conflicts with this assignment.

6. Authorize and request our representatives to insert the application number and any other identification which may be necessary or desirable for purposes of recordation of this assignment.

Hereby executed by the undersigned on the date opposite the undersigned name:

Legal name of inventor:     Xianming PENG

Inventor's signature: _Xianming PENG_     Date: _2024/12/25_