# EXHIBIT E

## Issue Classification

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/980,869 | PENG, Xianming |
| | **Examiner** | **Art Unit** |
| | JESSICA L DEVILBISS | 2919 |

| CPC | | | |
|---|---|---|---|
| **Symbol** | | **Type** | **Version** |
| / | / | | |

| CPC Combination Sets | | | | | |
|---|---|---|---|---|---|
| **Symbol** | | **Type** | **Set** | **Ranking** | **Version** |
| / | / | | | | |

| Use images from artifact folder? ⚪ Yes ⚫ No | | | |
|---|---|---|---|
| /JESSICA LYNN DEVILBISS/<br>Examiner, Art Unit 2919 | 03 February 2025 | **Total Claims Allowed:** | |
| (Assistant Examiner) | (Date) | 1 | |
| /CHRISTIAN P. MCLEAN/<br>Supervisory Patent Examiner, Art Unit 2923 | 03 February 2025 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office                    Page 1 of 3                    Part of Paper No.: 20250203

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/980,869 | PENG, Xianming |
| | **Examiner** | **Art Unit** |
| | JESSICA L DEVILBISS | 2919 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| | / | 12 | | / | 16 |
|---|---|---|---|---|---|

**NON-CLAIMED**

| | / | | | / | |
|---|---|---|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| D12 | 400 |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Use images from artifact folder? ◯ Yes ◉ No | | |
|---|---|---|
| /JESSICA LYNN DEVILBISS/<br>Examiner, Art Unit 2919<br><br>(Assistant Examiner) | 03 February 2025<br><br><br>(Date) | **Total Claims Allowed:**<br><br>1 |
| /CHRISTIAN P. MCLEAN/<br>Supervisory Patent Examiner, Art Unit 2923<br><br>(Primary Examiner) | 03 February 2025<br><br><br>(Date) | O.G. Print Claim(s): 1    O.G. Print Figure: 1 |

U.S. Patent and Trademark Office      Page 2 of 3      Part of Paper No.: 20250203

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/980,869 | PENG, Xianming |
| | **Examiner** | **Art Unit** |
| | JESSICA L DEVILBISS | 2919 |

☑ Claims renumbered in the same order as presented by applicant　☐ CPA　☐ T.D.　☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Use images from artifact folder? ○ Yes ◉ No | | | |
|---|---|---|---|
| /JESSICA LYNN DEVILBISS/<br>Examiner, Art Unit 2919 | 03 February 2025 | **Total Claims Allowed:** | |
| (Assistant Examiner) | (Date) | 1 | |
| /CHRISTIAN P. MCLEAN/<br>Supervisory Patent Examiner, Art Unit 2923 | 03 February 2025 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |